

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § | SEALED<br><br>Case No. 4:20CR 47<br>Judge Jordan |
| v. | | |
| ▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮<br>CRAIG BEASON (4) | | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT ONE

                                    Violation:  21 U.S.C. § 846 (Conspiracy to Possess with Intent to Distribute Methamphetamine)

That sometime in or around December 2018, in the Eastern District of Texas and elsewhere, ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ and **Craig Beason**, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute a substance or mixture containing a detectable amount of methamphetamine, a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

Indictment
Page 1

## COUNT TWO

                        Violation: 21 U.S.C. § 846 (Conspiracy to Possess with Intent to Manufacture and Distribute Gamma-Hydroxybutyric Acid)

That sometime in or around December 2018, in the Eastern District of Texas and elsewhere, ▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬ and **Craig Beason**, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to manufacture and distribute a substance or mixture containing a detectable amount of gamma-hydroxybutyric acid, a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## COUNT THREE

                        Violation: 18 U.S.C. § 1029(b)(2) (Conspiracy to Commit Access Device Fraud)

That sometime in or around December 2018, in the Eastern District of Texas and elsewhere, ▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬ and **Craig Beason**, knowingly and with the intent to defraud, did combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to produce, use, and traffic in counterfeit access devices, as defined in 18 U.S.C. § 1029 (e)(2), with the intent that said production, use, and trafficking would affect interstate and foreign commerce by causing financial institutions to execute interstate monetary transactions, in violation of 18 U.S.C. § 1029(a)(1) and (c)(1)(a)(i).

In violation of 18 U.S.C. 1029(b)(2).

## COUNT FOUR

Violation: 18 U.S.C. § 471
(Counterfeiting and Forging Obligations
or Securities of the United States)

On or about the December 12, 2018, in the Eastern District of Texas, ▬▬▬▬▬ ▬▬▬▬ with intent to defraud, did counterfeit an obligation of the United States, that is, a falsely made, forged and counterfeited one-hundred-dollar Federal Reserve Note, Series of 2003A, Serial No. FF95594731A.

In violation of 18 U.S.C. § 471.

## COUNT FIVE

Violation: 18 U.S.C. § 477 (Possessing
Impressions of Tools Used for
Obligations or Securities)

On or about the December 12, 2018, in the Eastern District of Texas, ▬▬▬▬ ▬▬▬▬▬ with intent to defraud and without authority from the United States, did possess, an imprint, stamp, impression, digital, electronic image, and impression, made upon paper, of a tool, implement, and instrument used, fitted, and intended to be used for the purpose of printing obligations of the United States, that is, genuine Federal Reserve Notes.

In violation of 18 U.S.C. § 477.

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses charged in this Indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____          _____
G.R. JACKSON                          Date
ANAND VARADARAJAN

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | **SEALED** |
| v. | § § § | Case No. 4:20CR<br>Judge |
| <br>CRAIG BEASON (4) | § § § § | |

## NOTICE OF PENALTY

### Counts One and Two

Violation:  21 U.S.C. § 846

Penalty:  Imprisonment for a term of not more than 20 years, a fine not to exceed $1 million, or both; and a term of supervised release of at least three years.

If it is shown that the defendant committed such violation after a prior conviction for a felony drug offense has become final, not more than 30 years, a fine not to exceed $2 million, or both; a term of supervised release of at least 6 years.

Special
Assessment:  $100.00

### Count Three

Violation:  18 U.S.C. § 1029(b)(2)

Penalty:  Imprisonment for a term of not more than 5 years, a fine not to exceed $250,000, or both; and a term of supervised release of up to three years.

Special
Assessment:  $100.00

Notice of Penalty
Page 1

## Count Four

Violation:    18 U.S.C. § 471

Penalty:    Imprisonment for a term of not more than 20 years, a fine not to exceed $250,000, or both; and a term of supervised release of up to three years.

Special
Assessment: $100.00

## Count Five

Violation:    18 U.S.C. § 477

Penalty:    Imprisonment for a term of not more than 25 years, a fine not to exceed $250,000, or both; and a term of supervised release of up to three years.

Special
Assessment: $100.00