IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | No. 4:20CR47 |
| | § | Judge Mazzant |
| SEALED et al | § | |

## GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL

The United States hereby designates the following Assistant United States Attorney as co-counsel in this case, and respectfully requests that the same be noted by the Clerk of the Court and that this attorney be added to the list of counsel in this case to receive all future notices, orders, and filings via the Court's CM/ECF system:

> G.R. JACKSON
> Assistant United States Attorney
> 101 East Park Blvd., Suite 500
> Plano, Texas  75074
> 972-509-1201

        Respectfully submitted,

        STEPHEN J. COX
        UNITED STATES ATTORNEY

         /s/ *G.R. Jackson*
        G.R. JACKSON
        Assistant United States Attorney
        101 East Park Blvd., Suite 500
        Plano, Texas  75074
        972-509-1201

        ATTORNEY FOR THE UNITED STATES

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2020, I electronically served a true and correct copy of this document upon all counsel of record by means of the Court's CM/ECF notification system.

         /s/ *G.R. Jackson*
        G.R. JACKSON